UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 14-00656 |
|---|---|---|
| HABIBOVIC, BASRIJA<br>HABIBOVIC, SOFIJA | )<br>)<br>) | Chapter: 7<br>Honorable Jacqueline Cox |
| Debtor(s) | ) | |

### ORDER GRANTING MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE

This matter having come on to be heard on the motion of Richard M. Fogel (the "Trustee") to extend time to object to the discharge of Basrija Habibovic and Sofija Habibovic (the "Debtors"), as more particularly set forth therein, notice having been served on the parties entitled to same, and the Court being advised in the premises:

IT IS ORDERED:

1. The last date for the Trustee to object to the Debtors' discharge is extended from April 14, 2014 until May 16, 2014.

Enter: *Jacqueline P. Cox*
J. Cox

Dated: 4-22-14

United States Bankruptcy Judge

**Prepared by:**
Richard M. Fogel, Trustee
321 N. Clark Street, Suite 800
Chicago, IL 60654
(312) 276-1334

Rev: 20120501_bko